LARCHMONT SHORE CLUB, INC., Respondent, v. SEYMOUR B. FIELD, Appellant.— Judgment was recovered against the appellant for certain annual dues and charges which were due to the respondent corporation for the privilege of using its property and club house facilities. Judgment unanimously affirmed, with costs. The charges for the use of the respondent's club facilities are not assessments against the stockholder or the stock but a recurring annual charge which the holder of the stock agreed to pay as long as the stock certificate is registered in his name. It follows that the question of whether the defendant resigned or not is immaterial. His obligation continued until he had, in good faith, tendered performance of his agreement, viz., to offer his stock to the plaintiff so that if it desired to exercise its option to purchase it might do so, and if it refused to purchase the stock, to offer to have the stock transferred to a purchaser reasonably satisfactory to the governing body of the club. Until this was done, he continued liable for his dues under his contract. Present — Hagarty, Johnston, Adel, Taylor and Close, JJ.

LEOLA O. PICKHARDT, Respondent, v. ALLEN T. HAIGHT, QUEENS LAND & TITLE COMPANY, ALLENHAIGHT REALTY CORPORATION and MARSICH REALTY Co., INC., Appellants.— In an action in equity to restrain a continuing trespass upon real property, title to which is claimed by the plaintiff, after a trial by the court without a jury, plaintiff recovered judgment in effect that she had title to the property, that defendants had no interest therein and that they be enjoined from trespassing on the premises. The judgment awarded other appropriate relief. Judgment unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Davis, Johnston and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICOLIS AMANDELECE, Appellant.— Judgments of conviction of the Court of Special Sessions of the City of New York, Borough of Richmond, reversed on the law, informations dismissed and defendant discharged. Appeals from orders dismissed. The People failed to prove defendant guilty by credible evidence. Hagarty, Johnston and Taylor JJ., concur; Adel and Close, JJ., dissent and vote to affirm.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN D. KLEIG-MAN, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting defendant of the crime of selling and exposing for sale a certain liver with intent to defraud, and falsely representing the same to be kosher, in violation of section 435-a of the Penal Law, unanimously affirmed. No opinion. Appeal from the sentence dismissed. No such appeal lies. Present — Hagarty, Johnston, Adel, Taylor and Close, JJ.